FILED IN
COURT OF CRIMINAL APPEALS

March 16, 2015

ABEL ACOSTA, CLERK

02-12-00530-CR
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/16/2015 2:39:31 PM
Accepted 3/16/2015 2:46:47 PM
ABEL ACOSTA
CLERK

# MARK H. BARBER
## ATTORNEY AT LAW
### 900 8th STREET, SUITE 116
### WICHITA FALLS, TX 76301
### TEL. (940) 761-3009
### FAX (940) 761-4060

March 16, 2015

Mr. Abel Acosta
Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

Re:   DABNEY, RONNIE LEON
CCA No. PD-1514-14
Trial Court Case No. 51,705-A          COA No. 02-12-00530-CR

Dear Clerk:

In response to your correspondence of March 4, 2015, I will be representing Mr. Dabney before this Honorable Court.

Thank you for your consideration of this matter.

Respectfully Submitted,

Mark Barber